Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF OKLAHOMA

U.S.A. vs. Meredith Dawn Dunkin                     Docket No. CR-20-00119-001-DCJ

**Petition on Probation and Supervised Release**

     COMES NOW BEAU MORRIS, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Meredith Dawn Dunkin, who was sentenced by the Honorable United States District Judge David C. Joseph, on the 17th day of May 2021, who fixed the period of imprisonment at 9 months and supervision at 2 years. At sentencing the general terms and conditions theretofore were adopted by the Court and the Court also imposed special conditions and terms as follows:

"Restitution was ordered to be paid in the amount of $80,083.35."

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Meredith Dawn Dunkin has paid restitution in the amount of $5,164.55 of the $80,083.35 originally court ordered. It would appear that Meredith Dawn Dunkin will be unable to satisfy the $80,083.35 financial obligations prior to the expiration of her supervision. Meredith Dawn Dunkin has been making timely restitution payments each month as court ordered.

PRAYING THAT THE COURT WILL ORDER that supervision be terminated as scheduled on January 30, 2024.

ORDER OF COURT                                          Respectfully,

Considered and ordered this 31st day of July 2023, and ordered filed and made a part of the records in the above case.

                                                                         s/ Beau Morris

_____                         U.S. Probation Officer
DAVID C. JOSEPH                                         Eastern District of Oklahoma
UNITED STATES DISTRICT JUDGE

                                                                         Date: July 26, 2023